■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLIFFORD STANLEY, Appellant. [807 NYS2d 896]—Appeal from a resentence of the Erie County Court (Sheila A. DiTullio, J.), rendered December 3, 2003. Defendant was resentenced following his conviction of attempted assault in the first degree.

It is hereby ordered that the resentence so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Hurlbutt, J.P., Scudder, Gorski, Green and Hayes, JJ.